No. 83–5719. CONGER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 83–5721. FORDHAM v. NATIONAL BANK OF BOYERTOWN. C. A. 3d Cir. Certiorari denied.

No. 83–5722. HALL v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 83–5724. BALTSAVIAS v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 83–5731. SUMRALL v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 83–5732. VANN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 83–5734. MARTEL ET AL. v. NEW HAMPSHIRE ET AL. Sup. Ct. N. H. Certiorari denied.

No. 83–5738. DE NOBILI ET AL. v. CUNNINGHAM & O'CONNOR MORTUARY ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 83–5740. LAMPKINS v. GAGNON, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–5743. SLAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5745. THEZAN v. MARITIME OVERSEAS CORP. C. A. 5th Cir. Certiorari denied.

No. 83–5746. WARD v. OWENS ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–5747. VENERI v. BRACKMAN, JUDGE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–5748. THOMPSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5752. VELLA v. UNITED STATES FEDERAL BUREAU OF INVESTIGATION OF TAMPA, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.